UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY L. TYLOR,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | No.  CV-08-400-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING STIPULATED REMAND** |

BEFORE THE COURT is the Report and Recommendation of Magistrate Judge James Hutton (Ct. Rec. 19), which recommends the Court grant the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Ct. Rec. 18). The deadline has passed and no objections have been filed.

After reviewing the record, **IT IS ORDERED** the Report and Recommendation filed March 25, 2010 **(Ct. Rec. 19) is ADOPTED IN ITS ENTIRETY**. Judgment shall be entered for **PLAINTIFF**.

///

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING STIPULATED REMAND - 1

The District Court Executive is directed to enter this Order, forward copies to the parties, enter judgment for the **PLAINTIFF** and close the file.

**DATED** this 9th day of April, 2010.

S/ Edward F. Shea
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING STIPULATED REMAND - 2