# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MARY L. TYLOR,

         Plaintiff,

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

         Defendant.

NO.  CV-08-400-JPH

**JUDGMENT IN A
CIVIL CASE**

**STIPULATION BY THE PARTIES:**

      The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

      **IT IS ORDERED AND ADJUDGED** that:

      The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

      DATED this 9th day of April, 2010.

JAMES R. LARSEN
District Court Executive/Clerk


by: __s/ Karen White_____
        Deputy Clerk

cc: all counsel